# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUSAN M. KALABACAS, | No. 4:18-CV-01825 |
| Plaintiff, | (Judge Brann) |
| v. | (Magistrate Judge Schwab) |
| MICHAELS ORGANIZATION, et al., | |
| Defendants. | |

## ORDER

**JANUARY 25, 2019**

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation of Chief Magistrate Judge Susan E. Schwab, ECF No. 7, is **ADOPTED IN ITS ENTIRETY**.

2. Plaintiff's Complaint, ECF No. 1, is **DISMISSED**.

3. The Clerk of Court is directed to close this case.

                                  BY THE COURT:

                                  *s/ Matthew W. Brann*
                                  Matthew W. Brann
                                  United States District Judge